UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY DENSON, JR.,

        CASE NO.:2:21-cv-497-JES-NPM

    Plaintiff,

v.

COUNTY OF COLLIER, KEVIN RAMBOSK,
MATTHEW KINNEY, ALAN FLANAGAN,
DAVID MERCADO, JASON BOOTH, RYAN
TUTT, NATHAN KIRK, JOSEPH AMOROSI
and BARTOLOME AMENGUAL,

    Defendants.
_____/

### DEFENDANT KINNEY'S NOTICE OF FILING OBJECTIONS TO CERTAIN JOINT TRIAL EXHIBITS

Comes now Defendant MATTHEW KINNEY, by and through undersigned counsel, hereby files this his Notice of Filing Objections to Certain Joint Trial Exhibits, and would state as follows:

The Joint Pretrial Statement, containing the Joint Trial Exhibit List, Plaintiff's Exhibit List, Defendant's Exhibit List, Plaintiff's Witness List and Defendant's Witness List, was filed on November 9, 2023 [DE 151].

Defendant Kinney filed his Motion in Limine on November 13, 2023 [DE 157], which remains pending.

Based upon the issues raised in the Defendant Kinney's Motion in Limine, he can no longer agree to the following Joint Trial Exhibits:

1. Exhibit 1 – Dashcam video from Deputy Mercado's vehicle.[1] The Defendant objects to the audio portion of this exhibit as the Plaintiff cannot offer his own out of court statements in support of his case in chief. The Defendant has no intention of offering the audio portions of this video as a party opponent admission. Plaintiff's statements on this dashcam video relate to many of the issues raised in the Defendant Kinney's Motion in Limine and further contains irrelevant and prejudicial statements. The Defendant intends to file an Amended Defendant's Exhibit List listing the Mercado dashcam video without audio for the sole purpose of introducing images of the Plaintiff which are relevant to whether he appears to have suffered any physical injury.

2. Exhibits 5 & 7 - These exhibits are the sworn audio recording and transcription of same of the Plaintiff's statement to the Collier County Sheriff's Office regarding his arrest which is the subject matter in this case. These statements are hearsay and cannot be offered by the Plaintiff in support of his claims during his case in chief. In addition, the Plaintiff's statements relate to numerous issues raised in the Defendant's Motion in Limine. Furthermore, numerous statements are irrelevant and prejudicial. The Defendant intends to amend the Defendant's Exhibit List to indicate that the Defendant intends to only use the exhibits to either impeach the Plaintiff or refresh his memory. However, the Defendant has no intention of offering the Plaintiff's own self-serving out of court statements as evidence in this case.[2]

3. Exhibit 14 – The Defendant objects to the Plaintiff's self-serving hearsay statements that are contained in this exhibit, which are the Plaintiff's jail medical records, that were not made for purposes of medical diagnosis or treatment. In addition, there are many statements that are irrelevant to the remaining excessive force claim, and rather relate to the Plaintiff's

---

[1] Former Defendant Mercado and former Defendant Kirk, who was Mercado's trainee at the time of the Plaintiff's arrest by Defendant Kinney, transported the Plaintiff from the scene of the arrest to the jail.

[2] The Parties Joint Trial Exhibit List, DE 151 Exhibit A, does not contain an exhibit 6.

incarceration days after his arrest. The Defendant objects to Exhibit 14 as it contains numerous self-serving statements that are irrelevant to the remaining claim and which were not made for the purposes of medical diagnosis and treatment.

        *s/Richard A. Giuffreda*
        RICHARD A. GIUFFREDA, ESQUIRE
        Fla. Bar No. 705233
        PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
        Attorney for Defendants
        Trial Counsel

**I HEREBY CERTIFY** that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **VICTOR ADAM RUIZ, ESQUIRE, and DAVID M. FRAGUIO, ESQUIRE**, Victor A. Ruiz, P.A., 8660 W. Flagler Street, Suite 100, Miami, Florida 33144 (Email: victor@ruiz.legal, david@ruiz.legal, paralegal@ruiz.legal and Rori@ruiz.legal ) this 25th day of January, 2024.

        *s/Richard A. Giuffreda*
        RICHARD A. GIUFFREDA, ESQUIRE
        Fla. Bar No. 705233
        PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
        2455 E. Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida  33304
        Telephone:  (954) 462-3200
        e-mail: richard@purdylaw.com, jennifer@purdylaw.com
        Attorney for Defendants
        Trial Counsel