# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ANTHONY DENSON, JR.,          CASE NO.: 2:21-cv-497-JES-NPM

    Plaintiff,

v.

MATTHEW KINNEY,

    Defendant.
_____/

## DEFENDANT KINNEY'S NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST

Defendant, MATTHEW KINNEY, by and through undersigned counsel, submits the following Amended Trial Exhibit List.

*s/Richard A. Giuffreda*
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No. 705233
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorney for Defendant Kinney
Trial Counsel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **VICTOR ADAM RUIZ, ESQUIRE, and DAVID M. FRAGUIO, ESQUIRE**, Victor A. Ruiz, P.A., 8660 W. Flagler Street, Suite

100, Miami, Florida 33144 [Email: victor@ruiz.legal, david@ruiz.legal, paralegal@ruiz.legal and Rori@ruiz.legal] this 25th day of January, 2024.

   *s/Richard A. Giuffreda*
ADRIANA M. JISA, ESQUIRE
Fla. Bar No. 0627925
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No. 705233
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
e-mail: Adriana@purdylaw.com, Cecilia@purdylaw.com
      Richard@purdylaw.com, Jennifer@purdylaw.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:21-cv-497-JES-NPM

ANTHONY DENSON, JR.,

    Plaintiff,

v.

MATTHEW KINNEY,

    Defendant.
_____/

# **DEFENDANT'S AMENDED TRIAL EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | **Dash Cam Video from Dep. Mercado's vehicle [Approximately 31:35 length of duration] Redacted video only, no audio** |
| 2. | | | | | **Video of Deputy Kinney- recorded by eyewitness Lucas Jensen [Approximately 9 seconds]** |
| 3. | | | | | **Collier County Sheriff's Office, Use of Force Report IA No. F17-226, [8 pages]** |
| 4. | | | | | **Collier County Sheriff's Office Offense Incident Report and Supplementals Report Number:1700218574, [28 pages]** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | | | | | | **Audio Recording of Anthony Denson's sworn statement to PRB taken in PRB file 2017-020. For use as an impeachment exhibit or to refresh recollection only. The Defendant objects to the admission of this exhibit if offered by the Plaintiff as hearsay and addressing issues raised in the Defendant's pending Motion in Limine.** |
| 6. | | | | | | **Transcript of Audio Recording of Anthony Denson's sworn statement to PRB. For use as an impeachment exhibit or to refresh recollection only. The Defendant objects to the admission of this exhibit if offered by the Plaintiff as hearsay and addressing issues raised in the Defendant's pending Motion in Limine.** |
| 7. | | | | | | **CAD Incident Detail Report** |
| 8. | | | | | | **Lucas Jensen's written statement given to CCSO** |
| 9. | | | | | | **Anthony Denson, Jr.'s 7/5/2017 Booking Photo/Profile** |
| 10. | | | | | | **17-218706 call – July 5, 2017 Lucas Jensen's call to 911 to make statement** |
| 11. | | | | | | **Transcript of 17-218706 call – July 5, 2017 Lucas Jensen's call to 911 to make statement** |
| 12. | | | | | | **17-218574 - Dispatch Audio July 5, 2017** |
| 13. | | | | | | **Anthony Denson's Booking Report July 5, 2017** |
| | | | | | | |