UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY DENSON, JR.,

        CASE NO.: 2:21-cv-497-JES-NPM

    Plaintiff,

v.

COUNTY OF COLLIER, et al,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT KINNEY'S NOTICE OF FILING OBJECTIONS TO CERTAIN JOINT TRIAL EXHIBITS [DE 165] AND AMENDED TRIAL EXHIBIT LIST

Pursuant to the Federal Rules of Civil Procedure, Rule 3.01 of the Local Rules for the Middle District of Florida, and this Honorable Court's inherent and discretionary powers, Plaintiff, ANTHONY DENSON, JR., ("Plaintiff"), by and through his undersigned counsel, hereby files this Motion to Strike Kinney's Notice of Filing Objections to Certain Joint Trial Exhibits [DE 165] and Amended Trial Exhibit List [DE 166], and in support thereof, states as follows:

### I.    BACKGROUND

1. Pursuant to this Honorable Court's Second Amended Case Management and Scheduling Order [DE 143] ("Scheduling Order"), the deadline to file motions in limine was November 6, 2023.

1

2. On November 8, 2023, Defendant filed a Motion for Extension of Time to File Defendant's Motion in Limine after the deadline due to what Defendant claimed to be an inadvertent calendaring error. (See [DE 148]).

3. On November 11, 2023, this Honorable Court granted Defendant's Motion for Extension of Time to File Defendant's Motion in Limine after the deadline for filing motions in limine. (See Endorsed Order [DE 155]. **Specifically, the Endorsed Order stated that "***By 5:00pm Monday, November 13, such a motion may be filed. No further extension will be granted.***"** (Id.).

4. Additionally, the Parties submitted their Witness and Exhibit List on November 9, 2023, in compliance with the Scheduling Order.

5. Now, approximately two and a half months after the deadlines, Defendant is filing a motion in limine, disguised as a Notice of Filing Objections [DE 165] to circumvent the deadline for filing motions in limine. Likewise, Defendant is now amending its Trial Exhibit [DE 166] after the deadline.

## II.    MEMORANDUM OF LAW

Courts have the inherent authority to strike improperly filed pleadings and other papers from the docket. Parties may employ motions to strike "to clean up the pleadings, streamline litigation, and avoid unnecessary forays into immaterial matter." Arthurs v. Global TPA LLC, Case No. 6:14-cv-1209-Orl-40TBS, * 1 (M.D. Fla. Feb. 6, 2015) (citing McInerney v. Moyer Lumber & Hardware, Inc., 244 F.

2

Supp.2d 393 (E.D. Pa. 2002). A motion to strike is a proper mechanism to strike a motion in limine that was improperly filed. See <u>Guenther v. Novartis Pharmaceuticals Corp.</u>, Case No. 6:08-cv-00456-Orl-31DAB, 2013 WL 3836267, * 1 (M.D. Fla. Jul. 24, 2013).

Here, Defendant's Notice of Filing Objections [DE 165] should be stricken as circumvent the deadline for filing motions in limine by seeking to preclude certain evidence from being introduced as trial. Specifically, the Defendant's "Notice" seeks to preclude the audio portion of the Dashcam video from Deputy Mercado's vehicle, Plaintiff's jail medical records, and an audio recording of Plaintiff taken by Defendants.

Defendant's "Notice" is not only inappropriate because it is being filed well after the deadline to file motions in limine, but also because Defendant, on the eve of trial, seeks to preclude evidence that was previously agreed to be introduced at trial. (See Pg 17-18 of Joint Exhibit List [DE 151]).

Moreover, Defendant did not confer with opposing counsel prior to filing Defendant's Notice of Filing Objections [DE 165], which in reality is a motion. Accordingly, Defendant's Notice of Filing Objections [DE 165] should also be stricken for failure to comply with Local Rule 3.01(g).

In light of the forgoing, Defendant's Notice of Filing Objections [DE 165] Amended Trial Exhibit List [DE 166] should be stricken.

3

## III.     LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned conferred, prior to filing this motion, with defense counsel regarding the relief sought in this motion. Defense counsel, Mr. Giuffreda, communicated that he objects to the relief sought herein.

WHEREFORE, Plaintiff ANTHONY DENSON, JR., respectfully requests that this Honorable Court (a) grant this motion, (b) strike Defendant's Notice of Filing Objections [DE 165] Amended Trial Exhibit List [DE 166] and (c) grant any other relief this Court deems necessary and proper.

Respectfully submitted,

/s/ *David M. Fraguio*
David M. Fraguio, ESQ.
Florida Bar No. 1016475
Victor A. Ruiz, Esq.
Florida Bar No. 85353
**VICTOR A. RUIZ, P.A.**
8660 W. Flagler Street
Suite 100
Miami, Florida 33144
Email: Victor@ruiz.legal

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the online CM/ECF Filing on this **26th** day of **January 2024**, and sent to Defense counsel Defense Counsel: Richard A. Giuffreda, Esq., Florida Bar No. 705233, PURDY, JOLLY, GIUFFREDA, BARRANCO, & JISA, P.A., 2455 E. Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304, Email: richard@purdylaw.com, jennifer@purdylaw.com

/s/ *David M. Fraguio*
David M. Fraguio, ESQ.
Florida Bar No. 1016475
Victor A. Ruiz, Esq.
Florida Bar No. 85353